IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CHRISTOPHER LEWIS BARROW,    )
                             )
    Petitioner,              )
                             )     CIVIL ACTION NO.
    v.                       )      2:14cv1260-MHT
                             )           (WO)
SHERIFF RUSSELL THOMAS and   )
LUTHER STRANGE,              )
                             )
    Respondents.             )
```

OPINION

Pursuant to 28 U.S.C.A. § 2241, petitioner, a state detainee, filed this lawsuit seeking habeas relief. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that petitioner's writ petition be denied without prejudice because he has failed to exhaust state remedies. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 13th day of July, 2016.

                                         /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**