IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER LEWIS BARROW,    )<br>                              )<br>    Petitioner,              )<br>                              )<br>    v.                        )<br>                              )<br>SHERIFF RUSSELL THOMAS and    )<br>LUTHER STRANGE,               )<br>                              )<br>    Respondents.              ) | CIVIL ACTION NO.<br>2:14cv1260-MHT<br>(WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 11) is adopted.

(2) The petition for writ of habeas corpus (doc. no. 1) is denied without prejudice because petitioner has failed to exhaust state remedies.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

**Procedure.**

DONE, this the 13th day of July, 2016.

                                        /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**